# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 06-3142-01-CR-W-FJG |
| Roger Jennings, | ) |
|     Defendant. | ) |

## ORDER

Pending before the Court is defendant's motion to suppress evidence and statements (Doc. #18), filed March 26, 2007, and the government's response (Doc. #19), filed April 12, 2007.

On May 30, 2007, Chief United States Magistrate James C. England held an evidentiary hearing on the pending motion to suppress. Thereafter, on July 9, 2007, Chief Magistrate England entered a report and recommendation (Doc. #24) which recommended denying the above-mentioned motion. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress evidence and statements (Doc. #18), filed March 26, 2007, must be denied.

Accordingly, it is

ORDERED that the Chief Magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress evidence and statements (Doc. #18), filed March 26, 2007, is denied.

                                                                   /s/Fernando J. Gaitan, Jr.
                                                                   Judge Fernando J. Gaitan, Jr.
                                                                   Chief United States District Judge

Dated: 8/14/07
Kansas City, Missouri